RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for Defendant*
*Apple Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MASTEL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MINICLIP SA AND APPLE INC.,<br><br>Defendants. | Case No. 2:21-CV-00124-WBS-KJN<br><br>**STIPULATION SETTING BRIEFING SCHEDULE ON APPLE'S MOTION TO DISMISS**<br><br>Date:        June 14, 2021<br>Time:       1:30 p.m.<br>Judge:     Hon. William B. Shubb<br>Courtroom:    5 |

Pursuant to Local Rules 143 and 144, Plaintiff Derek Mastel and Apple Inc. ("Apple") hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in the above-captioned action on January 21, 2021, and named Apple as one of the Defendants;

WHEREAS, Apple filed its motion to dismiss on April 12, 2021, and noticed the hearing on the motion to dismiss for June 14, 2021, at 1:30 p.m.;

WHEREAS, Plaintiff and Apple have conferred, and have agreed to a briefing schedule on the motion to dismiss such that Plaintiff's opposition shall be due on or before May 14, 2021, and Apple's reply in support of its motion to dismiss shall be due on or before May 28, 2021.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Apple as follows:

1. Plaintiff's opposition to Apple's motion to dismiss shall be due on or before May 14, 2021; and

2. Apple's reply in support of its motion to dismiss shall be due on or before May 28, 2021.

Dated:  April 22, 2021                               Respectfully submitted,

**O'MELVENY & MYERS LLP**

By:   /s/ Matthew D. Powers
      Matthew D. Powers
      *Attorney for Defendant Apple Inc.*

**BURSOR & FISHER, P.A.**

By:   /s/ Joel D. Smith (as authorized on 4/21/21)
      Joel D. Smith
      *Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated:  April 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE