**BURSOR & FISHER, P.A.**
L. Timothy Fisher (Bar No. 191626)
Joel D. Smith (Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

*Attorneys for Plaintiff*

**CONRAD | METLITZKY | KANE LLP**
Warren Metlitzky (Bar No. 220758)
Elizabeth A. Kim (Bar No. 295277)
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 343-7100
Fax: (415) 343-7101
Email: wmetlitzky@conmetkane.com
Email: lkim@conmetkane.com

**GOODSMITH GREGG & UNRUH LLP**
Timothy B. Hardwicke
(admitted *pro hac vice*)
Brian P. Borchard
(admitted *pro hac vice*)
Jonathan L. Baker
(admitted *pro hac vice*)
150 S. Wacker Drive, Suite 3150
Chicago, IL 60606
Tel: (312) 322-1981
Fax: (312) 322-0056
Email: thardwicke@ggulaw.com
Email: bborchard@ggulaw.com
Email: jbaker@ggulaw.com

*Attorneys for Defendant Miniclip SA*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK MASTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINICLIP SA and APPLE INC.,<br><br>Defendants. | Case No. 2:21-CV-00124-WBS-KJN<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE ON MINICLIP'S MOTION TO DISMISS**<br><br>Date: June 14, 2021<br>Time: 1:30 p.m.<br>Judge: Hon. William B. Shubb<br>Courtroom: 5 |

Pursuant to Local Rules 143 and 144, Plaintiff Derek Mastel and Defendant Miniclip SA ("Miniclip") hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in the above-captioned action on January 21, 2021, and named Miniclip as one of the Defendants;

WHEREAS, Miniclip filed its motion to dismiss on May 11, 2021, and noticed the hearing on the motion to dismiss for June 14, 2021, at 1:30 p.m.;

WHEREAS, Plaintiff and Miniclip have conferred, and have agreed to a briefing schedule on the motion to dismiss such that Plaintiff's opposition shall be due on or before June 11, 2021, and Miniclip's reply in support of its motion to dismiss shall be due on or before July 2, 2021, with a hearing on the motion to be set for July 12, 2021 or on any other date that the Court sees fit;

| | |
|---|---|
| 1 | WHEREAS, good cause exists, and the parties have not sought any previous extensions |
| 2 | related to Miniclip's motion to dismiss. |
| 3 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between |
| 4 | Plaintiff and Miniclip as follows: |
| 5 | 1.  Plaintiff's opposition to Miniclip's motion to dismiss shall be due on or before June 11, |
| 6 | 2021; |
| 7 | 2.  Miniclip's reply in support of its motion to dismiss shall be due on or before July 2, |
| 8 | 2021; and |
| 9 | 3. The hearing on Miniclip's motion to dismiss shall take place on July 12, 2021 at 1:30 |
| 10 | p.m. |

Dated: May 19, 2021          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joel D. Smith*
      Joel D. Smith
      *Attorneys for Plaintiff*

**GOODSMITH GREGG & UNRUH LLP**

By:   */s/ Brian P. Borchard*
      (as authorized on 5/19/21)
      Brian P. Borchard
      *Attorneys for Defendant*
      *Miniclip SA*

**IT IS SO ORDERED.**

Dated: May 21, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE