**BURSOR & FISHER, P.A.**  
L. Timothy Fisher (Bar No. 191626)  
Joel D. Smith (Bar No. 244902)  
1990 North California Boulevard, Suite 940  
Walnut Creek, CA 94596  
Telephone: (925) 300-4455  
Facsimile: (925) 407-2700  
E-Mail: ltfisher@bursor.com  
       jsmith@bursor.com  

*Attorneys for Plaintiff*

**O'MELVENY & MYERS LLP**  
Randall W. Edwards (S.B. #179053)  
redwards@omm.com  
Matthew D. Powers (S.B. #212682)  
mpowers@omm.com  
Two Embarcadero Center, 28th Floor  
San Francisco, CA 94111  
Telephone: (415) 984-8700  
Facsimile: (415) 984-8701  

**O'MELVENY & MYERS LLP**  
Kelsey M. Larson (S.B. #267982)  
klarson@omm.com  
400 South Hope Street  
Los Angeles, CA 90071  
Telephone: (213) 430-6000  
Facsimile: (213) 430-6407  

*Attorneys for Defendant Apple Inc.*

**CONRAD | METLITZKY | KANE LLP**  
Warren Metlitzky (Bar No. 220758)  
Elizabeth A. Kim (Bar No. 295277)  
Four Embarcadero Center, Suite 1400  
San Francisco, CA 94111  
Tel: (415) 343-7100  
Fax: (415) 343-7101  
Email: wmetlitzky@conmetkane.com  
Email: lkim@conmetkane.com  

**GOODSMITH GREGG & UNRUH LLP**  
Timothy B. Hardwicke  
(admitted *pro hac vice*)  
Brian P. Borchard  
(admitted *pro hac vice*)  
Jonathan L. Baker  
(admitted *pro hac vice*)  
150 S. Wacker Drive, Suite 3150  
Chicago, IL 60606  
Tel: (312) 322-1981  
Fax: (312) 322-0056  
Email: thardwicke@ggulaw.com  
Email: bborchard@ggulaw.com  
Email: jbaker@ggulaw.com  

*Attorneys for Defendant Miniclip SA*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEREK MASTEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINICLIP SA and APPLE INC.,<br><br>Defendants. | Case No. 2:21-CV-00124-WBS-KJN<br><br>**JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. William B. Shubb |

Pursuant to Local Rules 143 and 144, Plaintiff Derek Mastel and Defendants Apple Inc. ("Apple") and Miniclip SA ("Miniclip") (collectively, "Defendants") hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint in the above-captioned action on January 21, 2021;

WHEREAS, Apple filed its motion to dismiss on April 12, 2021;

WHEREAS, Miniclip filed its motion to dismiss on May 11, 2021;

WHEREAS, the hearing for the motions to dismiss is set for July 12, 2021 at 1:30 P.M.;

WHEREAS, this Court set an initial Scheduling Conference for July 19, 2021 at 1:30 P.M., with a Joint Status Report due by July 6, 2021;

WHEREAS, in the interest of judicial efficiency, Plaintiff and Defendants believe that all deadlines concerning case management should be continued until after the motions to dismiss are decided;

WHEREAS, good cause exists, and the parties have not sought any previous extensions related to the Joint Status Report or initial Scheduling conference.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants as follows:

The parties request that the Court continue the current deadlines for the Joint Status Report and the initial Scheduling Conference, and set the following deadlines once the Court issues its order on Defendants' motions to dismiss:

1. The deadline for the Parties to file the Joint Status Report will be 30 days after the Court enters an order on the Defendants' motions to dismiss (or, if the Court issues separate orders on those motions, 30 days after entry of the later of the two orders); and

2. The initial Status Conference will be 45 days after the Court enters an order on the Defendants' motions to dismiss (or, if the Court issues separate orders on those motions, 45 days after entry of the later of the two orders), or another date convenient for the Court.

Dated: June 29, 2021                          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Joel D. Smith*
      Joel D. Smith
      *Attorneys for Plaintiff*


**O'MELVENY & MYERS LLP**

By:   */s/ Kelsey M. Larson*
      (as authorized on 6/29/2021)

      *Attorneys for Defendant*
      Apple Inc.

**GOODSMITH GREGG & UNRUH LLP**

By:   */s/ Tim Hardwicke*
      (as authorized on 6/29/21)

      *Attorneys for Defendant*
      Miniclip SA

**IT IS SO ORDERED.**

The Scheduling Conference is continued to **August 30, 2021 at 1:30 p.m.** A Joint status report shall be filed no later than **August 16, 2021**.

Dated: June 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE