## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DEREK MASTEL,**

CASE NO: **2:21−CV−00124−WBS−KJN**

v.

**MINICLIP SA, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/15/2021**

**Keith Holland**
Clerk of Court

ENTERED:  **July 15, 2021**

by:  /s/  A. Coll
Deputy Clerk